

# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2014

No. 04-14-00506-CV

**IN RE** Augustine **NWABUISI**, Rose Nwabuisi, Resource Health Services, Inc.
d/b/a Resource Home Health Services, Inc. and Resource Care Corporation

Original Proceeding[1]

**ORDER**

Sitting:  Catherine Stone, Chief Justice
Karen Angelini, Justice
Rebeca C. Martinez, Justice

On July 22, 2014, relators filed a petition for writ of prohibition and an emergency motion to stay proceedings and for emergency relief pending a ruling on the petition. The court has considered the petition for writ of prohibition and is of the opinion that relators are not entitled to the relief sought. The issuance of an extraordinary writ is not authorized when the relator has an adequate remedy available in a pending appeal. *Holloway v. Fifth Court of Appeals*, 767 S.W.2d 680, 684 (Tex. 1989). Accordingly, the petition for writ of prohibition and the emergency motion to stay proceedings and request for emergency relief are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on July 22nd, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of July, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014-CI-05341, styled *Dana D. Mohammadi v. Augustine Nwabuisi, Rose Nwabuisi, Resource Health Services, Inc. d/b/a Resource Home Health Services, Inc. and Resource Care Corporation*, pending in the 57th Judicial District Court, Bexar County, Texas.